```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
JOSEPH MARCEL ETIENNE JEAN POIX,                                       :
                                                                       :
                              Petitioner,                              :
                                                                       :     22 Civ. 4980 (JPC)
       -v-                                                             :
                                                                       :         ORDER
SUSIBEL ALTAGRACIA ESPAILLAT SANTANA,                                  :
                                                                       :
                              Respondent.                              :
                                                                       :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

The conference previously scheduled for June 30, 2022, Dkt. 6, is adjourned until July 1, 2022 at 2:00 p.m. At the scheduled time, the parties shall appear in Courtroom 12D of the Daniel P. Moynihan United States Courthouse, 500 Pearl Street, New York, NY 10007. Petitioner shall serve this order on Respondent via email.

SO ORDERED.

Dated: June 30, 2022
       New York, New York

_____
JOHN P. CRONAN
United States District Judge