UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
: 
JOSEPH MARCEL ETIENNE JEAN POIX,                :
:
                 Petitioner,                :
    -v-                                                         :        22 Civ. 4980 (JPC)
:
SUSIBEL ALTAGRACIA ESPAILLAT SANTANA,    :        ORDER
:
                 Respondent.                :
:
-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

      On June 14, 2022, Petitioner filed a Petition for the Return of Children pursuant to the Convention on the Civil Aspects of International Child Abduction, done at The Hague on October 25, 1980, and the International Child Abduction Remedies Act, 22 U.S.C. § 9001 *et seq*. Dkt. 1. On June 22, 2022, the Court set a hearing for June 30, 2022 to address (1) whether Respondent should be ordered to keep her children within the Southern District of New York until the resolution of this case, (2) whether Respondent should be ordered to turn over her and her children's passports until the resolution of this case, and (3) whether a hearing should be set to resolve the merits of the dispute. Dkt. 6. That hearing was later adjourned until today, July 1, 2022. Dkt. 8.

      At the hearing today, Petitioner appeared through his counsel, Richard Min, Esq., and Respondent appeared *pro se*. With the consent of Respondent, the Court ordered Respondent not to take her children outside of the Southern District of New York, the Eastern District of New York, New Jersey, and Pennsylvania until this matter is resolved or until further order of the Court. Also with the consent of Respondent, the Court ordered Respondent to turn over her and her children's passports to the Clerk of Court until this matter is resolved or until further order of the Court. If Respondent wishes to modify these orders, Respondent may request a modification from

the Court.

Respondent shall file an Answer the Petition by July 8, 2022. The parties shall meet and confer on an appropriate discovery schedule, and when one is agreed, Petitioner shall file a proposed Case Management Plan.

The parties shall appear for a final pretrial conference on August 2, 2022 at 11:00 a.m. The conference will occur telephonically. At the scheduled time, the parties should call (866) 434-5269, access code 9176261.

The parties shall appear for an evidentiary hearing on the merits of the Petition on August 11, 2022 at 10:00 a.m. The hearing will take place in Courtroom 12D of the Daniel P. Moynihan United States Courthouse, 500 Pearl Street, New York, NY 10007.

Petitioner shall serve this Order on Respondent by email by July 5, 2022, and note service on the docket. The Clerk of Court is respectfully directed to close the motion pending at Docket Number 5.

SO ORDERED.

Dated: July 1, 2022
New York, New York

JOHN P. CRONAN
United States District Judge