UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
:
JOSEPH MARCEL ETIENNE JEAN POIX,                   :
:
                              Petitioner,                    :
        -v-                                                  :          22 Civ. 4980 (JPC)
:
SUSIBEL ALTAGRACIA ESPAILLAT SANTANA,  :           ORDER
:
                              Respondent.                 :
:
-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

        The Clerk of Court is respectfully directed to attempt to locate *pro bono* counsel to represent Respondent. The Court advises Respondent that there are no funds to retain counsel in civil cases and the Court relies on volunteers. Due to a scarcity of volunteer attorneys, a lengthy period of time may pass before counsel volunteers to represent Respondent. If an attorney volunteers, the attorney will contact Respondent directly. There is no guarantee, however, that a volunteer attorney will decide to take the case, and Respondent should be prepared to proceed with the case *pro se*.

        Petitioner shall serve this Order on Respondent by email.

        SO ORDERED.

Dated: July 1, 2022
       New York, New York                                   JOHN P. CRONAN
                                                         United States District Judge