UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X
:
JOSEPH MARCEL ETIENNE JEAN POIX,                           :
:
Plaintiff,            :
:                    22 Civ. 4980 (JPC)
-v-                :
:                    ORDER
SUSIBEL ALTAGRACIA ESPAILLAT SANTANA,                      :
:
Defendant.           :
:
-------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

On July 25, 2022, Petitioner requested that the Court take judicial notice of certain

provisions of Dominican law in translation. Dkt. 29. The Court ordered Respondent to indicate

its position with respect to the request by July 28, 2022. Dkt. 31. The Court has not received a

submission from Respondent. Respondent shall comply with the Order by August 3, 2022, and is

reminded of the importance of diligent compliance with court orders.

SO ORDERED.

Dated: August 2, 2022
New York, New York                    _____
                                              JOHN P. CRONAN
                                          United States District Judge