```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
JOSEPH MARCEL ETIENNE JEAN POIX,                                       :
                                                                       :
                              Petitioner,                              :
                                                                       :            22 Civ. 4980 (JPC)
          -v-                                                          :
                                                                       :            ORDER
SUSIBEL ALTAGRACIA ESPAILLAT SANTANA,                                  :
                                                                       :
                              Respondent.                              :
                                                                       :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

On August 10, 2022, Petitioner filed a motion requesting that the Court permit three witnesses residing in the Dominican Republic to testify remotely at the evidentiary hearing scheduled for August 17, 2022. If Respondent wishes to oppose Petitioner's request, her opposition must be filed on Friday, August 12, 2022.

SO ORDERED.

Dated: August 11, 2022
       New York, New York

_____
JOHN P. CRONAN
United States District Judge