```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
JOSEPH MARCEL ETIENNE JEAN POIX,                                       :
                                                                       :
                        Petitioner,                                    :
                                                                       :         22 Civ. 4980 (JPC)
        -v-                                                            :
                                                                       :         ORDER
SUSIBEL ALTAGRACIA ESPAILLAT SANTANA,                                  :
                                                                       :
                        Respondent.                                    :
                                                                       :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

      At 5:12 p.m. on November 7, 2022, counsel for Respondent Susibel Espaillat sent an e-mail notifying the Court and counsel for Petitioner that the passports of the parties' children, which they will require to travel to the Dominican Republic, "expired during this litigation or slightly earlier."  The parties are hereby ordered to appear for an in-person conference at 10:30 a.m. on November 9, 2011 in Courtroom 12D of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, NY 10007.  Both Ms. Espaillat and her counsel must personally appear at that conference.  The parties should be prepared to propose a plan for expeditiously procuring the documents the children will require to travel to the Dominican Republic.  In addition, Respondent and her counsel should be prepared to inform the Court of when they discovered that the children lacked the documentation necessary for international travel and to explain why this issue was not raised at any point before the initial deadline for Respondent to return the children to the Dominican Republic.

      SO ORDERED.

Dated: November 7, 2022  
       New York, New York

                                                                     JOHN P. CRONAN  
                                                                     United States District Judge