```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
JOSEPH MARCEL ETIENNE JEAN POIX,                                       :
                                                                       :
                        Petitioner,                                    :
                                                                       :      22 Civ. 4980 (JPC)
        -v-                                                            :
                                                                       :      ORDER
SUSIBEL ALTAGRACIA ESPAILLAT SANTANA,                                  :
                                                                       :
                        Respondent.                                    :
                                                                       :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

      On July 1, 2022, the Court ordered Respondent Susibel Espaillat to turn over her passport and the passports of her children, M.G.E. and A.F.E., to the Clerk of Court pending the resolution of this matter. Dkt. 10 at 1. That same day, Respondent surrendered the passports. Dkt. 9. This matter now having been resolved and the children's return having been ordered, the Clerk of Court is respectfully directed to return to Respondent the passports that had previously been surrendered to the Clerk of Court.

      SO ORDERED.

Dated: November 9, 2022  
       New York, New York

                                                    JOHN P. CRONAN  
                                               United States District Judge