**MANDATE**

N.Y.S.D. Case # 22-cv-4980(JPC)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: Jul 05 2023

UNITED STATES COURT OF APPEALS
for the
SECOND CIRCUIT
_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 25th day of May, two thousand and twenty-three,

_____

Marcel Joseph Etienne Jean Poix,

    Petitioner - Appellee,

v.

Susibel Altagracia Espaillat Santana,

    Respondent - Appellant.
_____

**ORDER**
Docket Number: 22-2853

    A notice of appeal was filed on November 4, 2022. Appellant's Forms C and D, were due November 18, 2022. The case is deemed in default.

    IT IS HEREBY ORDERED that the appeal will be dismissed effective June 8, 2023 if the forms are not filed by that date.

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

MANDATE ISSUED ON 07/05/2023