```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
JOSEPH MARCEL ETIENNE JEAN POIX,                                       :
                                                                       :
                        Petitioner,                                    :
                                                                       :     22 Civ. 4980 (JPC)
        -v-                                                            :
                                                                       :     ORDER
SUSIBEL ALTAGRACIA ESPAILLAT SANTANA,                                  :
                                                                       :
                        Respondent.                                    :
                                                                       :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

On October 17, 2022, this Court issued Findings of Fact and Conclusions of Law granting Petitioner Joseph Etienne's Petition, and therein set an October 31, 2022 deadline for Petitioner to request legal fees and a November 14, 2022 deadline for Respondent to file any objections to Petitioner's request. Dkt. 59. Petitioner moved for legal fees on October 31, 2022. Dkt. 60. On November 4, 2022, Respondent appealed the Court's decision, and the Court granted Respondent's request for stay pending resolution of her appeal. Dkts. 62-64. On July 5, 2023, the Second Circuit dismissed the appeal. Dkt. 68.

To date, the docket does not reflect objections to Petitioner's Motion for Attorney's Fees and Costs from Respondent. Accordingly, the Court extends *sua sponte* Respondent's deadline to file any such objections until September 8, 2023. If Respondent fails to do so, the Court shall consider Petitioner's Motion unopposed.

SO ORDERED.

Dated: September 1, 2023
       New York, New York

                                                    _____
                                                    JOHN P. CRONAN
                                                    United States District Judge