UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
:
JOSEPH MARCEL ETIENNE JEAN POIX,  :
:
                Petitioner,  :
:      22 Civ. 4980 (JPC)
    -v-                                :
:          ORDER
SUSIBEL ALTAGRACIA ESPAILLAT SANTANA,  :
:
                Respondent.  :
:
-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

       The parties shall appear for a telephonic conference on September 22, 2023, at 10:00 a.m., at which the Court will address Petitioner's pending motion for attorneys' fees and costs.  *See* Dkt. 60.  At the scheduled time, the parties should call (866) 434-5269, access code 9176261.

       SO ORDERED.

Dated:  September 1, 2023
       New York, New York                         JOHN P. CRONAN
                                                               United States District Judge