```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
JOSEPH MARCEL ETIENNE JEAN POIX,                                       :
                                                                       :
                              Petitioner,                              :
              -v-                                                      :        22 Civ. 4980 (JPC)
                                                                       :
SUSIBEL ALTAGRACIA ESPAILLAT SANTANA,                                  :        ORDER
                                                                       :
                              Respondent.                              :
                                                                       :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

The Court has received Respondent's Opposition to Petitioner's Motion for Attorney's Fees and Costs. Dkt. 71. Petitioner may submit a reply by September 15, 2023.

SO ORDERED.

Dated: September 11, 2023
       New York, New York

_____
JOHN P. CRONAN
United States District Judge