```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
JOSEPH MARCEL ETIENNE JEAN POIX,                                       :
                                                                       :
                               Petitioner,                             :
                                                                       :         22 Civ. 4980 (JPC)
               -v-                                                     :
                                                                       :              ORDER
SUSIBEL ALTAGRACIA ESPAILLAT SANTANA,                                  :
                                                                       :
                               Respondent.                             :
                                                                       :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

        The Court has scheduled a telephonic hearing on Petitioner's pending motion for attorneys' fees and costs for September 22, 2023, at 10:00 a.m.  In opposing that motion, Respondent's counsel has cited his client's financial circumstances with various attached exhibits, but has not submitted any sworn testimony from Respondent either attesting to those circumstances or the authenticity and accuracy of the exhibits.  *See* Dkts. 71, 74.  In the event Respondent wishes that the Court consider her financial circumstances at the hearing, Respondent is directed to submit an affidavit regarding those circumstances, including but not limited to her net monthly income for the last six months, and any supporting documentation, by September 21, 2023.

        SO ORDERED.

Dated: September 18, 2023  
       New York, New York

                                                                                JOHN P. CRONAN  
                                                                                United States District Judge