UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
:
JOSEPH MARCEL ETIENNE JEAN POIX,                  :
:
Petitioner,          :
:    22 Civ. 4980 (JPC)
-v-                                :
:    ORDER
SUSIBEL ALTAGRACIA ESPAILLAT SANTANA,   :
:
Respondent.         :
:
-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

On September 22, 2023, the Court conducted a telephonic conference at which it granted in part Petitioner Joseph Marcel Etienne Jean Poix's motion for attorneys' fees and costs pursuant to 22 U.S.C. § 9007.  For the reasons discussed at the conference, Petitioner is awarded attorneys' fees in the amount of $7,567.50 and costs in the amount of $2,155.83, for a total award of $9.723.33.  The Clerk of Court is respectfully directed to enter judgment and close the case.

SO ORDERED.

Dated: September 22, 2023
New York, New York                                  _____
JOHN P. CRONAN
United States District Judge