**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
JOSEPH MARCEL ETIENNE JEAN POIX,

                     Petitioner,

    -against-                                       22 **CIVIL** 4980 (JPC)

                                                                    **JUDGMENT**
                                                           For Attorney's Fees and Costs

SUSIBEL ALTAGRACIA ESPAILLAT SANTANA,

                    Respondent.
-------------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated September 22, 2023, the Court conducted a telephonic conference on September 22, 2023 at which it granted in part Petitioner Joseph Marcel Etienne Jean Poix's motion for attorneys' fees and costs pursuant to 22 U.S.C. § 9007. For the reasons discussed at the conference, Petitioner is awarded attorneys' fees in the amount of $7,567.50 and costs in the amount of $2,155.83, for a total award of $9,723.33; accordingly, the case is closed.

**Dated:**  New York, New York

       September 25, 2023

                                                               **RUBY J. KRAJICK**
                                                                _____
                                                                  **Clerk of Court**

                           **BY:**      *K. Mango*

                                                                _____
                                                                  **Deputy Clerk**